No. 09–1454. CAMRETA *v.* GREENE, PERSONALLY AND AS NEXT FRIEND OF S. G., A MINOR, ET AL.; and
No. 09–1478. ALFORD, DEPUTY SHERIFF, DESCHUTES COUNTY, OREGON *v.* GREENE, PERSONALLY AND AS NEXT FRIEND OF S. G., A MINOR, ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 960.] Motion of the Acting Solicitor General for leave to participate

in oral argument as *amicus curiae* and for divided argument granted.